UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETROLIAM NASIONAL BERHAD,

    Plaintiff,

    v.

GODADDY.COM, INC.,

    Defendant.
_____/

No. C 09-5939 PJH

**ORDER**

The court is in receipt of an application for temporary restraining order ("TRO") and order to show cause re preliminary injunction, filed on December 18, 2009 by plaintiff in the above-entitled action, which has been assigned to the undersigned District Judge. The notice of motion states that the TRO application will be heard on December 18, 2009, in San Francisco.

This is to advise the parties that the court will not hear the TRO application on December 18, 2009, and that the undersigned is located at the U.S. District Court, 1301 Clay Street, 3rd floor, Oakland, California. The earliest that the court can hear the TRO application is Wednesday, December 23, 2009.

In addition, this is to advise plaintiff that the TRO application and supporting papers must be served on defendant in accordance with Federal Rule of Civil Procedure 4. Service by e-mail does not comply with Rule 4.

No later than Monday, December 21, 2009, at 12:00 noon, plaintiff must file either a proof of service, showing service of the complaint, TRO application and supporting papers,

and a copy of this order, in accordance with Rule 4.  Alternatively, plaintiff's counsel may file a declaration pursuant to Federal Rule of Civil Procedure 65(b) stating why compliance with Rule 4 should not be required.  If plaintiff fails to comply with this order, the court will not hear the TRO application on December 23, 2009, and will instead set it for hearing on January 6, 2010.

      Defendant's response shall be filed no later than 12:00 noon on Tuesday, December 22, 2009.

**IT IS SO ORDERED.**

Dated:  December 18, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge