JOHN L. SLAFSKY, State Bar No. 195513
DAVID H. KRAMER, State Bar No. 168452
HOLLIS BETH HIRE, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
jslafsky@wsgr.com
dkramer@wsgr.com
hhire@wsgr.com

Attorneys for Defendant
GoDaddy.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Petroliam Nasional Berhad, ) | CASE NO.: 09-CV-5939 PJH |
| Plaintiff, ) | |
| ) | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |
| vs. ) | |
| GoDaddy.com, Inc. ) | |
| Defendant. ) | |

Upon Plaintiff Petroliam Nasional Berhad's Motion For Temporary Restraining Order, dated December 18, 2009, and upon the opposition papers filed on December 22, 2009 by Defendant GoDaddy.com, Inc., and good cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

Plaintiff's motion for a Temporary Restraining Order is DENIED.
Plaintiff may file a motion for preliminary injunction on regular 35 day notice schedule (Civ. L.R. 7-2, et seq.)

Dated: 12/23/09

_____
The Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

3814002.1