United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD,<br><br>    Plaintiff,<br><br>    v.<br><br>PETRONASTOWER.NET,<br><br>    Defendant.<br>_____ | RELATED CASES<br><br>No. C 10-0431 PJH<br><br>**ORDER** |
| PETROLIAM NASIONAL BERHAD,<br><br>    Plaintiff,<br><br>    v.<br><br>GODADDY.COM, INC.<br>_____/ | No. C-09-5939 PJH |

    Petroliam Nasional Berhad ("Petronas"), plaintiff in the above-entitled actions, filed a motion on March 25, 2010 in case No. C-10-0431 (an <u>in rem</u> action), seeking an order directing GoDaddy.com to transfer the defendant petronastower.net domain name to Petronas. The motion was noticed for hearing on April 28, 2010. To date, no opposition has been filed.

    On March 29, 2010, case No. C-10-0431 was reassigned to the undersigned. The notice of reassignment stated that "all matters presently scheduled for hearing are vacated and should be renoticed for hearing before the judge to whom the case has been reassigned." Petronas has not renoticed the motion. Nor did Petronas submit a proposed order with the motion, as required by Civil Local Rule 7-2(c).

Accordingly, the court hereby sets the motion for hearing on June 2, 2010. Any opposition to the motion must be filed no later than May 12, 2010. Any reply to the opposition shall be filed no later than May 19, 2010. In addition, no later than May 12, 2010, Petronas shall e-file a proposed order.

**IT IS SO ORDERED.**

Dated: April 15, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge