Perry R. Clark, Esq.
Law Offices of Perry R. Clark
1245 Hamilton Avenue
Palo Alto, CA 94301
Telephone:  (650) 248-5817
Facsimile:  (650) 248-5816
perry@perryclarklaw.com

Attorney for Plaintiff
PETROLIAM NASIONAL BERHAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| PETROLIAM NASIONAL BERHAD, | ) ) | CASE NO:  09-CV-5939 PJH |
| Plaintiff, | ) ) | Date: April 28, 2010 |
| vs. | ) ) | Time: 9:00 a.m. Location: Courtroom 3 |
| GODADDY.COM, INC., | ) ) | Third Floor |
| Defendant. | ) ) ) | |
| _____ | ) ) | PJH |
| PETROLIAM NASIONAL BERHAD, | ) | CASE NO:  10-CV-00431 ~~EMC~~ |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| PETRONASTOWER.NET, an internet domain name, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | |

**[~~PROPOSED~~] ORDER TRANSFERRING DOMAIN NAME
PURSUANT TO 15 U.S.C. § 1125(D)**

The undersigned has reviewed Plaintiff Petronas's Motion for Order Transferring Domain Name Pursuant to 15 U.S.C. § 1125(D) and for Entry of Judgment.  For the reasons set forth in that motion, the Court hereby orders as follows:

1.  GoDaddy.com, Inc. shall transfer the internet domain "petronastower.net" to Plaintiff Petronas within ten (10) days of this order; and

2.  GoDaddy.com, Inc. shall provide Plaintiff Petronas within ten (10) days of this order all information certifying the transfer of the domain name and any information that Plaintiff Petronas may need to use and maintain that domain name, including any information certifying ownership of the domain name.

Should either party wish to modify the timing for the transfer or make additional changes to this order regarding the technical details of the domain name transfer, the Court orders the parties to meet and confer within (10) days and submit a modified proposed order for the Court's review.  The parties may also submit a joint letter not to exceed two pages explaining the proposed changes and any disputes the parties may have regarding those changes.

SO ORDERED:

Date: _5/13/10_____

_____
Hon. Phyllis J. Hamilton
U.S. District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER TRANSFERRING DOMAIN NAME

Case Nos:  09-CV-5939 PJH and 10-CV00431 EMC