**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETROLIAM NASIONAL BERHAD,                    RELATED CASES

    Plaintiff,                                No. C 10-0431 PJH

    v.                                        **ORDER**

PETRONASTOWER.NET,

    Defendant.
_____

PETROLIAM NASIONAL BERHAD,                    No. C-09-5939 PJH

    Plaintiff,

    v.

GODADDY.COM, INC.
_____/

On March 23 Petroliam Nasional Berhad filed a motion for order transferring domain name and for entry of judgment in the *in rem* action, case number 10-0431.  The date for opposing the motion having passed, and no opposition having been filed, the court has by separate order granted the request for the transfer order.  The June 2, 2010 date for hearing for said motion is VACATED.  Within thirty days, Petroliam Nasional Berhad shall meet and confer with GoDaddy.com and shall submit a proposed judgment as to case number 10-0431 **and** either a stipulation as to a date for further case management conference or a dismissal as to case number 09-5939.

**IT IS SO ORDERED**

Dated: May 13, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge