Perry R. Clark, Esq.
Law Offices of Perry R. Clark
3457 Cowper St.
Palo Alto, CA 94306
Telephone:  (650) 248-5817
Facsimile:  (650) 248-5816
perry@perryclarklaw.com

Attorney for Plaintiff
PETROLIAM NASIONAL BERHAD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD, <br><br> Plaintiff, <br><br> vs. <br><br> GODADDY.COM, INC., <br><br> Defendant. | CASE NO.:  09-CV-5939 PJH <br><br> [~~PROPOSED~~] JOINT STIPULATION RE CASE MANAGEMENT CONFERENCE <br><br> Date: July 29, 2010 <br> Time: 2 p.m. <br> Courtroom 3, Third Floor |

Pursuant to the Court's order of May 13, 2010 (Docket No. 39), the parties have met and conferred and hereby STIPULATE that the date for a further case management conference be July 29, 2010 at 2:00 p.m.  The parties further stipulate that they will submit a joint case management conference statement no later than July 15, 2010.

Dated:  June 14, 2010                                LAW OFFICES OF PERRY R. CLARK


                                                                      By: _____/s/ Perry Clark_____

                                                                            Attorney for Plaintiff
                                                                            PETROLIAM NASIONAL BERHAD

| | | |
|---|---|---|
| 1 | Dated: June 14, 2010 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 3 | | |
| 4 | | By: _____/s/ John L. Slafsky_____ |
| 5 | | Attorneys for GODADDY.COM, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: 6/15/10 _____                    _____
                                          Hon. Phlyllis J. Hamilton
                                          U.S. District Judge

**SIGNATURE ATTESTATION**

I, Perry R. Clark, hereby attest that all signatories to this document have consented to the e-filing of this document.

Dated: June 14, 2010                      By:   /s/ Perry Clark

[PROPOSED] FINAL JUDGMENT
Case No.: 10-CV00431 PJH