UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETROLIAM NASIONAL BERHAD,

    Plaintiff,

    v.

GODADDY.COM, INC.,

    Defendant.
_____/

No. C 09-5939 PJH

**ORDER CONTINUING HEARING DATE**

The date for the hearing on defendant's motion to dismiss the first amended complaint, previously set for March 9, 2011, has been CONTINUED to Wednesday, April 20, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  March 4, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge