JOHN L. SLAFSKY, State Bar No. 195513
DAVID H. KRAMER, State Bar No. 168452
HOLLIS BETH HIRE, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
jslafsky@wsgr.com
dkramer@wsgr.com
hhire@wsgr.com

Attorneys for Defendant
GoDaddy.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Petroliam Nasional Berhad,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GoDaddy.com, Inc.<br><br>　　　　Defendant. | CASE NO.: 09-CV-5939 PJH<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS TO MAY 4, 2011** |

Pursuant to Civil Local Rule 6-2, Plaintiff Petroliam Nasional Berhad ("Petroliam") and Defendant GoDaddy.com, Inc. ("Go Daddy"), by and though their undersigned counsel, stipulate and agree to continue the hearing on Go Daddy's Motion to Dismiss Petroliam's First Amended Complaint from Wednesday, April 27, 2011 to Wednesday, May 4, 2011 at 9:00 a.m.

In support of this stipulation and request, the parties declare:

1. Go Daddy filed its Motion to Dismiss the First Amended Complaint on January 31, 2011, noticing a hearing date of March 9, 2011.

2. On March 4, 2011, the Court issued an Order, *sua sponte*, continuing the hearing to April 20, 2011.

3. On April 18, 2011, the Court issued and Order, *sua sponte*, continuing the hearing to April 27, 2011.

STIP. TO CONTINUE HEARING
Case No: 09-CV-5939 PJH

4330776_1

4. This continuance is necessary because Go Daddy's lead counsel cannot attend a hearing on April 27, 2011, as he has long-standing plans to be out of town on business that day.

5. The other time modifications in the case were two stipulated 30-day extensions of time to respond to the initial complaint, filed on January 11, 2010 and February 9, 2010, and a stipulated 30-day extension of time to respond to the First Amended Complaint filed on December 27, 2010. The Court granted these requests. On August 30, 2010, Go Daddy also requested that a noticed hearing on Petroliam's motion to strike affirmative defenses be postponed until final decision on Go Daddy's pending motion for judgment on the pleadings; on September 8, 2010, the Court granted Go Daddy's request, and the issue became moot when Go Daddy's motion for judgment on the pleadings was granted with leave to amend.

6. There are no further dates or deadlines currently scheduled in this case, so this continuance will not affect the case schedule.

Dated: April 19, 2011     LAW OFFICES OF PERRY R. CLARK

By:  /s/ Perry R. Clark .

Attorneys for Plaintiff
Petroliam Nasional Berhad

Dated: April 19, 2011     WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ John L. Slafsky .
      John L. Slafsky

Attorneys for Defendant
Go Daddy.com, Inc.

Pursuant to stipulation, it is SO ORDERED.

Dated: April 20, 2011

By: _____
Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-2-

4330776_1

STIP. TO CONTINUE HEARING
Case No: 09-CV-5939 PJH

**DECLARATION OF CONSENT**

The undersigned certifies that concurrence in the filing of this document was obtained from the other signatories.

Dated: April 19, 2011                WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By: /s/ John L. Slafsky
                                         John L. Slafsky

                                     Attorneys for Defendant
                                     Go Daddy.com, Inc.