JOHN L. SLAFSKY, State Bar No. 195513
DAVID H. KRAMER, State Bar No. 168452
HOLLIS BETH HIRE, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811
jslafsky@wsgr.com
dkramer@wsgr.com
hhire@wsgr.com

Attorneys for Defendant
GODADDY.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD, | CASE NO.:  09-CV-5939 PJH |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES TO AUGUST 10, 2011, TO CONSOLIDATE WITH HEARING ON DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER** |
| vs. | |
| GODADDY.COM, INC. | |
| Defendant. | |

Pursuant to Civil Local Rule 6-2, Plaintiff Petroliam Nasional Berhad ("Petroliam") and Defendant GoDaddy.com, Inc. ("Go Daddy"), by and though their undersigned counsel, stipulate and agree to continue the hearing on Petroliam's Motion to Strike Go Daddy's Affirmative Defenses from Wednesday, August 3, 2011 to Wednesday, August 10, 2011 at 9:00 a.m., and to move the hearing on Go Daddy's Motion for Leave to Amend, previously noticed for 2:00 p.m. on August 10, to August 10, 2011 at 9:00 a.m. as well.

In support of this stipulation and request, the parties declare:

1. Petroliam filed its Motion to Strike on June 28, 2011, noticing the first available hearing date of August 3, 2011 at 9:00 a.m.

2. Go Daddy filed its Motion for Leave to Amend its Answer on June 30, 2011, noticing the fist available hearing date of August 10, 2011 at 2:00 p.m.

1    3.   Per the Court's civil motion calendar, Go Daddy's Motion for Leave to Amend should be scheduled for hearing at 9:00 a.m., not 2:00 p.m.

4.   For the convenience of the parties, counsel, and the Court, and to maximize the efficiency of the hearings on these related motions, the parties agree and stipulate to move the hearings for both pending motions to August 10, 2011, at 9:00 a.m.

5.   The other time modifications in the case were two stipulated 30-day extensions of time to respond to the initial complaint, filed on January 11, 2010 and February 9, 2010, and a stipulated 30-day extension of time to respond to the First Amended Complaint filed on December 27, 2010. The Court granted these requests. The Court continued, *sua sponte*, the hearing on Go Daddy's motion to dismiss from March 9, 2011 to April 20, 2011 and then again to April 27, 2011. Because Go Daddy's counsel was not available on that date, the parties stipulated to continue the hearing to May 4, 2011, and the Court approved this stipulation

6.   This continuance will not affect the case schedule.

Dated: July 20, 2011                LAW OFFICES OF PERRY R. CLARK

                                    By:   /s/   Perry R. Clark

                                    Attorneys for Plaintiff
                                    PETROLIAM NASIONAL BERHAD

Dated: July 20, 2011                WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation

                                    By:   /s/   John L. Slafsky          .
                                          John L. Slafsky

                                    Attorneys for Defendant
                                    GO DADDY.COM, INC.

Pursuant to stipulation, it is SO ORDERED.

Dated: July 22, 2011

                                    By: _____.
                                    Hon. _____
                                    United _____ Judge

                                    [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

**DECLARATION OF CONSENT**

The undersigned certifies that concurrence in the filing of this document was obtained from the other signatories.

Dated: July 20, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ John L. Slafsky
    John L. Slafsky

Attorneys for Defendant
GO DADDY.COM, INC.