UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETROLIAM NASIONAL BERHAD,

    Plaintiff(s),

    v.

GODADDY.COM, INC.,

    Defendant(s).

No. C 09-5939 PJH

**ORDER**

The court has reviewed the discovery dispute set forth in the parties' joint letter brief filed September 2, 2011 and rules as follows:

1. Plaintiff's objection to defendant's response to plaintiff's document request no. 5 is OVERRULED. The response is adequate for the reasons stated by defendant.

2. As it is not clear what additional information plaintiff seeks that has not been provided, the parties are ordered to meet and confer and attempt to resolve it themselves. To the extent that plaintiff seeks in these interrogatories the same information it seeks in document request no. 5, such information need not be produced.

3. It is not clear what plaintiff means by its "document production is ongoing." As the document requests were propounded on June 17, 2011, production is clearly overdue and shall be made no later than September 9, 2011.

**IT IS SO ORDERED.**

Dated: September 6, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge