UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETROLIAM NASIONAL BERHAD,

    Plaintiff,

    v.

GODADDY.COM, INC.,

    Defendant.
_____/

No. C 09-5939 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

    The parties having demonstrated that they are incapable of resolving even the most minute discovery-related issues without the assistance of the court, this matter is hereby referred to a Magistrate Judge pursuant to Civil Local Rule 72-1, for resolution of the dispute regarding Rule 30(b)(6) discovery and regarding the production of documents, and for all further discovery.

    The parties shall contact the courtroom clerk of the assigned Magistrate Judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

**IT IS SO ORDERED.**

Dated: November 7, 2011

                                                  _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge

cc: Lili, Assigned M/J, counsel of record