JOHN L. SLAFSKY, State Bar No. 195513
DAVID L. LANSKY, State Bar No. 199952
HOLLIS BETH HIRE, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Fax:  (650) 493-6811
jslafsky@wsgr.com
dlansky@wsgr.com
hhire@wsgr.com

Attorneys for Defendant
GODADDY.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GODADDY.COM, INC.,<br><br>　　　　　Defendant.<br><br>———————————————————<br><br>GODADDY.COM, INC.,<br><br>　　　　　Counterclaimant,<br><br>　　vs.<br><br>PETROLIAM NASIONAL BERHAD,<br><br>　　　　　Counterclaim Defendant. | CASE NO.:  09-CV-5939 PJH<br><br>**REQUEST AND [PROPOSED] ORDER TO PERMIT EQUIPMENT IN THE COURTROOM**<br><br>Date:　　　December 7, 2011<br>Time:　　　9:00 a.m.<br>Courtroom:　3<br><br>Honorable Phyllis J. Hamilton |

Defendant and Counterclaimant GoDaddy.com, Inc. respectfully requests permission to bring the following items into the courtroom for the hearing on its motion for summary judgment, scheduled for 9:00 a.m. on December 7, 2011:

1. Large foam boards to be used as demonstrative exhibits; and
2. An easel to support the demonstrative exhibits.

Dated: December 1, 2011

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

By: /s/ David L. Lansky
JOHN L. SLAFSKY
DAVID L. LANSKY
HOLLIS BETH HIRE
jslafsky@wsgr.com
dlansky@wsgr.com
hhire@wsgr.com

Attorneys for Defendant and Counterclaimant
GODADDY.COM, INC.

**PURSUANT TO THE REQUEST, IT IS SO ORDERED.**

Dated: 12/2/11

_____
Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton