JOHN L. SLAFSKY, State Bar No. 195513
DAVID L. LANSKY, State Bar No. 199952
HOLLIS BETH HIRE, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Fax:  (650) 493-6811
jslafsky@wsgr.com
dlansky@wsgr.com
hhire@wsgr.com

Attorneys for Defendant
GODADDY.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GODADDY.COM, INC.,<br><br>　　　　Defendant.<br>_____<br>GODADDY.COM, INC.,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>PETROLIAM NASIONAL BERHAD,<br><br>　　　　Counterclaim Defendant.<br>_____ | CASE NO.:  09-CV-5939 PJH<br><br>[~~PROPOSED~~] **ORDER MODIFYING PRETRIAL ORDER**<br>AS MODIFIED<br><br><br><br>Honorable Phyllis J. Hamilton |

[PROPOSED] ORDER MODIFYING PRETRIAL ORDER
Case No. 4:09-cv-05939-PJH

1   The Court has considered Go Daddy's submitted letter brief seeking to modify the dates
2   set forth in the Case Management and Pretrial Order entered in the above-captioned litigation on
3   June 1, 2011 (Dkt. 92) (the "Pretrial Order"). In light of the pendency of the parties' respective
4   motions for summary judgment and consequent uncertainty regarding the scope of the claims to
5   prepare for trial, the Court has determined that good cause exists to modify the remaining dates set
6   forth in the Pretrial Order.

7   IT IS HEREBY ORDERED that the remaining dates set forth in the Pretrial Order are
8   vacated and will be reset following the Court's ruling on the parties' respective motions for
9   summary judgment, with pretrial submissions due no sooner than ~~30~~ 14 days after the date of the
10  Court's Order.

12  Dated: 12/22/11 _____
                    _____
13                  Phyllis J. Hamilton, Judge



[PROPOSED] ORDER MODIFYING PRETRIAL ORDER    -1-
Case No. 4:09-cv-05939-PJH