1  JOHN L. SLAFSKY, State Bar No. 195513
   DAVID L. LANSKY, State Bar No. 199952
2  HOLLIS BETH HIRE, State Bar No. 203651
   WILSON SONSINI GOODRICH & ROSATI
3  PROFESSIONAL CORPORATION
   650 Page Mill Road
4  Palo Alto, CA 94304
   Telephone: (650) 493-9300
5  Fax: (650) 493-6811
   jslafsky@wsgr.com
6  dlansky@wsgr.com
   hhire@wsgr.com
7
   Attorneys for Defendant
8  GODADDY.COM, INC.

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 PETROLIAM NASIONAL BERHAD,        )   CASE NO.:  09-CV-5939 PJH
                                     )
13           Plaintiff,              )
                                     )   [**PROPOSED**] ORDER MODIFYING
14      vs.                          )   PRETRIAL ORDER
                                     )   AS MODIFIED
15 GODADDY.COM, INC.,                )
                                     )
16           Defendant.              )
                                     )
17                                   )
                                     )
18                                   )   Honorable Phyllis J. Hamilton
   GODADDY.COM, INC.,                )
19                                   )
             Counterclaimant,        )
20                                   )
        vs.                          )
21                                   )
   PETROLIAM NASIONAL BERHAD,        )
22                                   )
             Counterclaim Defendant. )
23                                   )

24

25

26

27

28

[PROPOSED] ORDER MODIFYING PRETRIAL ORDER
Case No. 4:09-cv-05939-PJH

1  The Court has considered Go Daddy's submitted letter brief seeking to modify the dates
2  set forth in the Case Management and Pretrial Order entered in the above-captioned litigation on
3  June 1, 2011 (Dkt. 92) (the "Pretrial Order").  In light of the pendency of the parties' respective
4  motions for summary judgment and consequent uncertainty regarding the scope of the claims to
5  prepare for trial, the Court has determined that good cause exists to modify the remaining dates set
6  forth in the Pretrial Order.

7  IT IS HEREBY ORDERED that the remaining dates set forth in the Pretrial Order are
8  vacated and will be reset following the Court's ruling on the parties' respective motions for
9  summary judgment, with pretrial submissions due no sooner than ~~30~~ 14 days after the date of the
10 Court's Order.

11
12 Dated:  12/22/11  _____  _____
13                                                                Phyllis J. Hamilton
                                                                   United States District Judge
14
15



[PROPOSED] ORDER MODIFYING PRETRIAL ORDER      -1-
Case No. 4:09-cv-05939-PJH