JOHN L. SLAFSKY, State Bar No. 195513
DAVID L. LANSKY, State Bar No. 199952
HOLLIS BETH HIRE, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Fax:  (650) 493-6811
jslafsky@wsgr.com
dlansky@wsgr.com
hhire@wsgr.com

Attorneys for Defendant
GODADDY.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD, | CASE NO.:  09-CV-5939 PJH |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] **ORDER MODIFYING CASE MANAGEMENT CONFERENCE DATE** |
| GODADDY.COM, INC., | |
| Defendant. | |
| | Honorable Phyllis J. Hamilton |
| GODADDY.COM, INC., | |
| Counterclaimant, | |
| vs. | |
| PETROLIAM NASIONAL BERHAD, | |
| Counterclaim Defendant. | |

1  The Court has considered Go Daddy's January 4, 2012 letter to the Court requesting a one-
2  week adjournment of the Case Management Conference scheduled for January 12, 2012 at 2:00
3  p.m.  In light of the unavailability of Go Daddy's counsel on that date, and the availability of
4  counsel for both parties to attend such a conference on January 19, 2012, the Court agrees to grant
5  a one-week adjournment.
6  IT IS HEREBY ORDERED that the Case Management Conference scheduled for
7  January 12, 2012 is adjourned, and shall take place on Thursday, January 19, 2012 at 2:00 p.m.

9  Dated: __1/9/12_____      _____
10                                      PHYLLIS J. HAMILTON
                                        United States District Judge

IT IS SO ORDERED

Judge Phyllis J. Hamilton

[PROPOSED] ORDER MODIFYING CMC DATE        -1-
Case No. 4:09-cv-05939-PJH