JOHN L. SLAFSKY, State Bar No. 195513
DAVID L. LANSKY, State Bar No. 199952
HOLLIS BETH HIRE, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Fax:  (650) 493-6811
jslafsky@wsgr.com
dlansky@wsgr.com
hhire@wsgr.com

Attorneys for Defendant
GODADDY.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD,<br><br>        Plaintiff,<br><br>   vs.<br><br>GODADDY.COM, INC.,<br><br>        Defendant.<br><br>GODADDY.COM, INC.,<br><br>        Counterclaimant,<br><br>   vs.<br><br>PETROLIAM NASIONAL BERHAD,<br><br>        Counterclaim Defendant. | CASE NO.:  09-CV-5939 PJH<br><br>**[PROPOSED] ORDER MODIFYING CASE MANAGEMENT CONFERENCE DATE**<br><br>Honorable Phyllis J. Hamilton |

[PROPOSED] ORDER MODIFYING CMC DATE
Case No. 4:09-cv-05939-PJH

1  The Court has considered Go Daddy's January 4, 2012 letter to the Court requesting a one-week adjournment of the Case Management Conference scheduled for January 12, 2012 at 2:00 p.m.  In light of the unavailability of Go Daddy's counsel on that date, and the availability of counsel for both parties to attend such a conference on January 19, 2012, the Court agrees to grant a one-week adjournment.

IT IS HEREBY ORDERED that the Case Management Conference scheduled for January 12, 2012 is adjourned, and shall take place on Thursday, January 19, 2012 at 2:00 p.m.

Dated: __1/9/12_____   _____
PHYLLIS J. HAMILTON
United States District Judge



[PROPOSED] ORDER MODIFYING CMC DATE          -1-
Case No. 4:09-cv-05939-PJH