JOHN L. SLAFSKY, State Bar No. 195513
DAVID L. LANSKY, State Bar No. 199952
HOLLIS BETH HIRE, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Fax:  (650) 493-6811
jslafsky@wsgr.com
dlansky@wsgr.com
hhire@wsgr.com

Attorneys for Defendant
GODADDY.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETROLIAM NASIONAL BERHAD, | ) | CASE NO.:  09-CV-5939 PJH |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER ENTERING FINAL JUDGMENT ON PETRONAS'S CLAIMS AND DISMISSING GO DADDY'S COUNTERCLAIM WITHOUT PREJUDICE** |
| GODADDY.COM, INC., | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | Honorable Phyllis J. Hamilton |
| GODADDY.COM, INC., | ) | |
| Counterclaimant, | ) | |
| vs. | ) | |
| PETROLIAM NASIONAL BERHAD, | ) | |
| Counterclaim Defendant. | ) | |
| _____ | ) | |

1    WHEREAS, on January 3, 2012 the Court granted the motion for summary judgment of

2  Defendant and Counterclaimant GoDaddy.com, Inc. ("Go Daddy") as to all claims asserted by

3  Plaintiff and Counterclaim Defendant Petroliam Nasional Berhad ("Petronas") in the above-

4  captioned litigation ("Petronas's claims") and denied GoDaddy's motion for summary judgment

5  as to its counterclaim seeking to cancel Petronas's PETRONAS AND DESIGN trademark

6  registration, U.S. trademark registration Reg. No. 2969707 (the "Trademark claim");

7    WHEREAS, there is no just reason to delay entering final judgment in favor of Go Daddy

8  as to Petronas's claims;

9    WHEREAS, the only claim remaining in this lawsuit is the Trademark claim;

10    WHEREAS, Go Daddy previously asserted a claim substantially identical to the

11  Trademark claim in an action before in the United States Patent and Trademark Office, Trademark

12  Trial and Appeal Board ("TTAB"), entitled *GoDaddy.com, Inc., v. Petroliam Nasional Berhad*,

13  No. 92052741 (the "TTAB proceeding");

14    WHEREAS, on June 7, 2011 the TTAB proceeding was suspended in deference to this

15  lawsuit; and

16    WHEREAS, Go Daddy now seeks to voluntarily dismiss the Trademark claim without

17  prejudice and to prosecute the remainder of the claim in the TTAB proceeding.

18    THEREFORE, the parties to this action, by and through their counsel, hereby STIPULATE

19  AND AGREE that:

20    1.    Pursuant to Federal Rule of Civil Procedure 54(b), the Court enter final judgment

21  for Go Daddy and against Petronas as to each and every claim asserted by Petronas in the above-

22  captioned litigation;

23    2.    The Court enter voluntary dismissal of the Trademark claim without prejudice; and

24  ///

25  ///

26  ///

27  ///

28  ///

STIP AND [PROPOSED] ORDER ENTERING FINAL        -2-
JUDGMENT AND DISMISSAL W/O PREJUDICE
Case No. 4:09-cv-05939-PJH

3.      Should the TTAB decline a request to lift the suspension of the TTAB proceeding, then Go Daddy may advise this Court within 30 days of such TTAB decision and seek rescheduling of trial of the Trademark claim before this Court.

Dated:  February 16, 2012      LAW OFFICES OF PERRY R. CLARK

By: ___/s/  Perry Clark_____
Perry Clark
Attorneys for Plaintiff and Counterclaim
Defendant PETROLIAM NASIONAL BERHAD

Dated:  February 16, 2012      WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___/s/ David L. Lansky_____
JOHN L. SLAFSKY
DAVID L. LANSKY
HOLLIS BETH HIRE
jslafsky@wsgr.com
dlansky@wsgr.com
hhire@wsgr.com

Attorneys for Defendant and Counterclaimant
GO DADDY.COM, INC.

## SIGNATURE ATTESTATION

I, David L. Lansky, hereby attest that all signatories to this document have consented to the e-filing of this document.

Dated: February 16, 2012      By: ___/s/ David L. Lansky_____
David L. Lansky

Pursuant to stipulation, it is SO ORDERED.

Dated: _____

By: _____.
Hon. Phyllis J. Hamilton
United States District Court Judge

STIP AND [PROPOSED] ORDER ENTERING FINAL      -3-
JUDGMENT AND DISMISSAL W/O PREJUDICE
Case No. 4:09-cv-05939-PJH