JOHN L. SLAFSKY, State Bar No. 195513
DAVID L. LANSKY, State Bar No. 199952
HOLLIS BETH HIRE, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Fax:  (650) 493-6811
jslafsky@wsgr.com
dlansky@wsgr.com
hhire@wsgr.com

Attorneys for Defendant
GODADDY.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD,<br><br>                 Plaintiff,<br><br>      vs.<br><br>GODADDY.COM, INC.,<br><br>                 Defendant.<br>_____<br><br>GODADDY.COM, INC.,<br><br>                 Counterclaimant,<br><br>      vs.<br><br>PETROLIAM NASIONAL BERHAD,<br><br>                 Counterclaim Defendant.<br>_____ | CASE NO.:  09-CV-5939 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER ENTERING FINAL JUDGMENT ON PETRONAS'S CLAIMS AND DISMISSING GO DADDY'S COUNTERCLAIM WITHOUT PREJUDICE**<br><br>Honorable Phyllis J. Hamilton |

STIP AND [PROPOSED] ORDER ENTERING FINAL
JUDGMENT REMANDING COUNTERCLAIM
Case No. 4:09-cv-05939-PJH

-1-

1    WHEREAS, on January 3, 2012 the Court granted the motion for summary judgment of

2  Defendant and Counterclaimant GoDaddy.com, Inc. ("Go Daddy") as to all claims asserted by

3  Plaintiff and Counterclaim Defendant Petroliam Nasional Berhad ("Petronas") in the above-

4  captioned litigation ("Petronas's claims") and denied GoDaddy's motion for summary judgment

5  as to its counterclaim seeking to cancel Petronas's PETRONAS AND DESIGN trademark

6  registration, U.S. trademark registration Reg. No. 2969707 (the "Trademark claim");

7    WHEREAS, there is no just reason to delay entering final judgment in favor of Go Daddy

8  as to Petronas's claims;

9    WHEREAS, the only claim remaining in this lawsuit is the Trademark claim;

10    WHEREAS, Go Daddy previously asserted a claim substantially identical to the

11  Trademark claim in an action before in the United States Patent and Trademark Office, Trademark

12  Trial and Appeal Board ("TTAB"), entitled *GoDaddy.com, Inc., v. Petroliam Nasional Berhad*,

13  No. 92052741 (the "TTAB proceeding");

14    WHEREAS, on June 7, 2011 the TTAB proceeding was suspended in deference to this

15  lawsuit; and

16    WHEREAS, Go Daddy now seeks to voluntarily dismiss the Trademark claim without

17  prejudice and to prosecute the remainder of the claim in the TTAB proceeding.

18    THEREFORE, the parties to this action, by and through their counsel, hereby STIPULATE

19  AND AGREE that:

20    1.    Pursuant to Federal Rule of Civil Procedure 54(b), the Court enter final judgment

21  for Go Daddy and against Petronas as to each and every claim asserted by Petronas in the above-

22  captioned litigation;

23    2.    The Court enter voluntary dismissal of the Trademark claim without prejudice; and

24  ///

25  ///

26  ///

27  ///

28  ///

STIP AND [PROPOSED] ORDER ENTERING FINAL        -2-
JUDGMENT AND DISMISSAL W/O PREJUDICE
Case No. 4:09-cv-05939-PJH

1      3.      Should the TTAB decline a request to lift the suspension of the TTAB proceeding,

2   then Go Daddy may advise this Court within 30 days of such TTAB decision and seek

3   rescheduling of trial of the Trademark claim before this Court.

4

5   Dated:  February 16, 2012      LAW OFFICES OF PERRY R. CLARK

6

7                                    By:   _/s/  Perry Clark_____
                                            Perry Clark
8                                    Attorneys for Plaintiff and Counterclaim
                                     Defendant PETROLIAM NASIONAL BERHAD
9

10  Dated:  February 16, 2012               WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
11

12                                   By:   _/s/ David L. Lansky_____
                                            JOHN L. SLAFSKY
13                                          DAVID L. LANSKY
                                            HOLLIS BETH HIRE
14                                          jslafsky@wsgr.com
                                            dlansky@wsgr.com
15                                          hhire@wsgr.com

16                                   Attorneys for Defendant and Counterclaimant
17                                   GO DADDY.COM, INC.

18                       **SIGNATURE ATTESTATION**
19
        I, David L. Lansky, hereby attest that all signatories to this document have consented to the
20
21  e-filing of this document.

22
    Dated: February 16, 2012           By:   _/s/ David L. Lansky_____
23                                            David L. Lansky

24

25  Pursuant to stipulation, it is SO ORDERED.

26  Dated:  Hedtwct{"38."4234_

27                                   By: _____.
                                     Hon. Phyllis
28                                   United State                        Judge

    Stip And [Proposed] Order Entering Final        -3-
    Judgment and Dismissal w/o prejudice
    Case No. 4:09-cv-05939-PJH