# Exhibit B:

# Go Daddy's Itemized Bill of Costs

Case4:09-cv-05939-PJH   Document175-2   Filed02/29/12   Page1 of 2

*PETROLIAM NASIONAL BERHAD v. GODADDY.COM, INC.*
*CASE NO.: 09-CV-5939 PJH*

## ITEMIZED BILL OF COSTS

| Item No. | Vendor | Description | Invoice Date | Invoice No. | Costs to Be Taxed |
|---|---|---|---|---|---|
| 1 | Cyrus Productions | Deposition transcripts, including videotaped depositions | 9/15/11 | 2130 | $1,193.75 |
| 2 | Cyrus Productions | Deposition transcripts, including videotaped depositions | 11/8/11 | 2175 | $720.00 |
| 3 | Cyrus Productions | Deposition transcripts, including videotaped depositions | 11/11/11 | 2186 | $819.25 |
| 4 | Grossman & Cotter Inc | Deposition transcripts, including videotaped depositions | 9/27/11 | 12378 | $1,243.80 |
| 5 | Grossman & Cotter Inc | Deposition transcripts, including videotaped depositions | 11/15/11 | 12762 | $1,161.76 |
| 6 | Grossman & Cotter Inc | Deposition transcripts, including videotaped depositions | 11/15/11 | 12781 | $1,991.18 |
| 7 | Irish Reporting, Inc. | Deposition transcripts, including videotaped depositions | 10/25/11 | M-9 | $401.50 |
| 8 | MBreporting | Deposition transcripts, including videotaped depositions | 10/26/11 | 5317 | $1,186.65 |
| 9 | MBreporting | Deposition transcripts, including videotaped depositions | 10/31/11 | 5320 | $370.65 |
| 10 | MBreporting | Deposition transcripts, including videotaped depositions | 10/31/11 | 5323 | $977.05 |
| 11 | Diane Skillman | Deposition transcripts, including videotaped depositions | 1/5/10 | 00004271 | $37.80 |
| 12 | Diane Skillman | Deposition transcripts, including videotaped depositions | 9/30/10 | 00004377 | $159.25 |
| 13 | Diane Skillman | Deposition transcripts, including videotaped depositions | 12/11/11 | 00004538 | $281.75 |
| 14 | Liffey Thames Group LLC | Reproducing disclosure or formal discovery documents | 8/25/11 | 136180 | $1,968.75 |
| 15 | TERIS | Reproducing disclosure or formal discovery documents | 7/15/11 | 38241 | $204.35 |
| 16 | TERIS | Reproducing disclosure or formal discovery documents | 7/31/11 | 38396 | $81.84 |
| 17 | TERIS | Reproducing disclosure or formal discovery documents | 8/24/11 | 38738 | $96.87 |
| 18 | TERIS | Reproducing disclosure or formal discovery documents | 8/31/11 | 38811 | $27.45 |
| 19 | TERIS | Reproducing disclosure or formal discovery documents | 8/31/11 | 38814 | $116.18 |
| 20 | TERIS | Reproducing disclosure or formal discovery documents | 8/31/11 | 38865 | $317.61 |
| 21 | TERIS | Reproducing disclosure or formal discovery documents | 8/31/11 | 38917 | $49.74 |
| 22 | TERIS | Reproducing disclosure or formal discovery documents | 8/31/11 | 38918 | $252.33 |
| 23 | TERIS | Reproducing exhibits to depositions and/or discovery | 9/13/11 | 38987 | $113.79 |
| 24 | TERIS | Reproducing disclosure or formal discovery documents | 9/13/11 | 38990 | $367.70 |
| 25 | TERIS | Reproducing exhibits to depositions and/or discovery | 10/7/11 | 10033 | $247.19 |
| 26 | TERIS | Reproducing exhibits to depositions and/or discovery | 10/7/11 | 10032 | $318.06 |
| 27 | TERIS | Reproducing exhibits to depositions and/or discovery | 10/11/11 | 10055 | $593.60 |
| 28 | TERIS | Reproducing exhibits to depositions and/or discovery | 10/17/11 | 10148 | $197.94 |
| 29 | TERIS | Reproducing exhibits to depositions and/or discovery | 10/18/11 | 10215 | $91.18 |
| 30 | TERIS | Reproducing disclosure or formal discovery documents | 10/26/11 | 10413 | $62.50 |
| 31 | TERIS | Reproducing disclosure or formal discovery documents | 10/26/11 | 10411 | $81.71 |
| 32 | TERIS | Reproducing exhibits to depositions and/or discovery | 10/26/11 | 10412 | $530.21 |
| 33 | TERIS | Reproducing disclosure or formal discovery documents | 10/31/11 | 10572 | $98.72 |
| 34 | TERIS | Reproducing disclosure or formal discovery documents | 10/31/11 | 10630 | $382.86 |
| 35 | TERIS | Reproducing disclosure or formal discovery documents | 10/31/11 | 10791 | $32.09 |
| 36 | TERIS | Reproducing disclosure or formal discovery documents | 10/31/11 | 10632 | $51.18 |
| 37 | TERIS | Preparing demonstrative diagram | 12/16/11 | 11796 | $81.19 |
| | | | | **TOTAL:** | **$16,909.43** |