# Exhibit C:

Invoices in support of
Go Daddy's Bill of Costs

**Cyrus Productions**
2827 55th Ave.
Oakland, CA 94605
attn: Gary Brewer/Aline Mayer
510-326-9332

| Date | 9-15-2011 |
|---|---|
| Invoice #: | 2130 |
| Terms: | 30 Days |

| Bill to: |
|---|
| David Lasky
Wilson Sonsini
650 Page Mill Rd.
Palo Alto, CA |

| Witness: | Yeoh Suat Giak |
|---|---|
| Case: | Petronas vs. Godaddy.com |
| Date: | 9/15/11 |

0 6 2 1 6 0

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | Arrive: 8:00
Start: 10:08
Depo ended: 3:47
Break –down: 4:15
Lunch- 1 hour
**Total hrs: 7.25 hrs** | 7.25 hrs | 95.00 | $688.75 |
| 3 | DVD Sync Copies | | $165.00 | $495.00 |
| Shipping | | | | $10.00 |
| | | | **TOTAL** | $1193.75 |

ok to pay
PSM matter 33236.510

VENDOR ID ___
NEW ___ REACTIVATED ___
W-9 ___ 1099- MISC ___
WIRE ___ WIRE FORM ___

**Cyrus Productions**
2827 55th Ave.
Oakland, CA 94605
attn: Gary Brewer/Aline Mayer
510-326-9332

| Date | 11-8-2011 |
|---|---|
| Invoice #: | 2175 |
| Terms: | 30 Days |

| Bill to: | |
|---|---|
| John Slafsky<br>Wilson Sonsini<br>650 Page Mill Rd.<br>Palo Alto, CA | |

| Witness: | Kevin Fitzsimmons |
|---|---|
| Case: | Petronas vs.<br>Godaddy.com |
| Date: | 9/15/11 |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | Arrive: 8:30<br>Start: 9:30<br>Depo ended: 12:00<br>Break –down: 12:00<br>Lunch- 0 hour<br>**Total hrs: 4 hrs** | 4 hrs | 95.00 | $380.00 |
| 2 | DVD Sync Copies | | $165.00 | $330.00 |
| Shipping | | | | $10.00 |
| | | | **TOTAL** | $720.00 |

The Go Laddy Group
33236.510 Ord CLS

0 62376

**Cyrus Productions**
2827 55th Ave.
Oakland, CA 94605
attn: Gary Brewer/Aline Mayer
510-326-9332

| Date | 11-11-2011 |
|------|------------|
| Invoice #: | 2186 |
| Terms: | 30 Days |

| Bill to: |
|----------|

John Slafsky
Wilson Sonsini
650 Page Mill Rd.
Palo Alto, CA

| Witness: | Tina Dam |
|----------|----------|
| Case: | Petronas vs. Godaddy.com |
| Date: | 11/11/11 |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| | Arrive: 8:30<br>Start: 9:26<br>Depo ended: 12:47<br>Break –down: 1:15<br>Lunch- 0 hour<br>**Total hrs: 4.75 hrs** | 4.75 hrs | 95.00 | $451.25 |
| 3 Discs | DVD Sync Copies<br>* only billing for 2 Discs, Disc #3 was only 1 minute long! | | $165.00 | $330.00 |
| Parking | | | | $8.00 |
| Shipping | (FedEx from Los Angeles included) | | | $30.00 |
| | | | **TOTAL** | $819.25 |

The Gc Daddy Group
3373 PiC Cls

**RECEIVED**

NOV 2 8 2011

WILSON, SONSINI,
GOODRICH & ROSATI

0 62478

POSTED

WILSON, SONSINI

# INVOICE

.OSSMAN & COTTER INC.
.7 S. CALIFORNIA AVENUE, SUITE D-201
'ALO ALTO CA  94306
Phone:(650) 324-1181   Fax:(650) 324-4609

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 12378 | 9/27/2011 | 6354 |
| **Job Date** | **Case No.** | |
| 9/15/2011 | 09-CV-5939 PJH | |
| **Case Name** | | |
| PETROLIAM NASIONAL BERHAD VS. GODADDY.COM | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |



DAVID L. LANSKY, ESQ.
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA  94304

---

ORIGINAL + ONE ELECTRONIC COPY OF TRANSCRIPT OF:

    YEOH SUAT GAIK                                     848.70

       Exhibit                       419.00  Pages          167.60

       Certification Fee - Original                 35.00

       Rough Draft                  142.00  Pages          177.50

       Shipping & Handling of Original in 30 Days          15.00

                       **TOTAL DUE >>>**      **$1,243.80**

                       AFTER 10/27/2011 PAY    $1,368.18

Thank you for choosing Grossman & Cotter for your reporting needs!  Your business is greatly appreciated.

OK

charge to: 33236-5

DPT

61745

**Tax ID:** 93-0989081

---

*Please detach bottom portion and return with payment.*

DAVID L. LANSKY, ESQ.
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA  94304

P O S T E D

WILSON, SONSINI
GOODRICH & ROSATI

| Job No. | : 6354 | BU ID | :1-MAIN |
|---|---|---|---|
| Case No. | : 09-CV-5939 PJH | | |
| Case Name | : PETROLIAM NASIONAL BERHAD VS. GODADDY.COM | | |
| Invoice No. | 12378 | Invoice Date | :9/27/2011 |

**Total Due :  $ 1,243.80**
AFTER 10/27/2011 PAY $1,368.18

Remit To: **GROSSMAN & COTTER INC.**
        **117 S. CALIFORNIA AVENUE, SUITE D-201**
        **PALO ALTO CA  94306**

**PAYMENT WITH CREDIT CARD**    AMEX   MASTERCARD   VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

GROSSMAN & COTTER INC.
117 S. CALIFORNIA AVENUE, SUITE D-201
PALO ALTO CA 94306
Phone:(650) 324-1181   Fax:(650) 324-4609

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 12762 | 11/15/2011 | 6609 |
| **Job Date** | **Case No.** | |
| 11/8/2011 | 09-CV-5939 PJH | |
| **Case Name** | | |
| PETROLIAM NASIONAL BERHAD VS. GODADDY.COM | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

JOHN SLAFSKY, ESQ.
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA  94304



EXPEDITED ORIGINAL AND 1 CERTIFIED ELECTRONIC COPY OF TRANSCRIPT
OF:

| | | |
|---|---|---|
| KEVIN FITZSIMMONS | | 800.86 |
| Exhibit | 521.00  Pages | 208.40 |
| Certification Fee - Original | | 35.00 |
| Rough Draft | 82.00  Pages | 102.50 |
| Shipping & Handling of Original in 30 Days | | 15.00 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$1,161.76** |
| AFTER 12/15/2011  PAY | $1,277.94 |

Thank you for choosing Grossman & Cotter for your reporting needs!  Your business is greatly appreciated.

*The Go Daddy Group*
*38236.510  DPT.*

Tax ID: 93-0989081

0 6 2 3 7 6

*Please detach bottom portion and return with payment.*

JOHN SLAFSKY, ESQ.
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA  94304

| | | | |
|---|---|---|---|
| Job No. | : 6609 | BU ID | :1-MAIN |
| Case No. | : 09-CV-5939 PJH | | |
| Case Name | : PETROLIAM NASIONAL BERHAD VS. GODADDY.COM | | |
| Invoice No. | : 12762 | Invoice Date | :11/15/2011 |

**Total Due**  : $ 1,161.76
AFTER 12/15/2011  PAY  $1,277.94

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **GROSSMAN & COTTER INC.**
**117 S. CALIFORNIA AVENUE, SUITE D-201**
**PALO ALTO CA  94306**

# INVOICE

GROSSMAN & COTTER INC.
117 S. CALIFORNIA AVENUE, SUITE D-201
PALO ALTO CA 94306
Phone:(650) 324-1181  Fax:(650) 324-4609

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 12781 | 11/15/2011 | 6610 |
| **Job Date** | **Case No.** | |
| 11/11/2011 | 09-CV-5939 PJH | |
| **Case Name** | | |
| PETROLIAM NASIONAL BERHAD VS. GODADDY.COM | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

JOHN SLAFSKY, ESQ.
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA  94304

---

EXPEDITED ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| TINA DAM | | 1,439.46 |
| Exhibit | 670.00  Pages | 268.00 |
| Certification Fee - Original | | 35.00 |
| ASCII & Condensed | | 16.00 |
| Rough Draft | 145.00  Pages | 181.25 |
| Shipping & Handling - Exhibits | | 51.47 |

TOTAL DUE  >>>          **$1,991.18**
AFTER 12/15/2011  PAY      $2,190.30

0 6 2 3 7 6

Thank you for choosing Grossman & Cotter for your reporting needs!  Your business is greatly appreciated.

**Tax ID:** 93-0989081

*Please detach bottom portion and return with payment.*

JOHN SLAFSKY, ESQ.
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO CA  94304

| | | |
|---|---|---|
| Job No.    :  6610 | BU ID       :1-MAIN | |
| Case No.   :  09-CV-5939 PJH | | |
| Case Name  :  PETROLIAM NASIONAL BERHAD VS. GODADDY.COM | | |

Invoice No. :  12781        Invoice Date :11/15/2011
**Total Due  :  $ 1,991.18**
AFTER 12/15/2011  PAY  $2,190.30

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **GROSSMAN & COTTER INC.**
                **117 S. CALIFORNIA AVENUE, SUITE D-201**
                **PALO ALTO CA  94306**



POSTED

NOV 03 2011     62171#

WILSON SONSINI
GOODRICH & ROSATI

# Irish Reporting, Inc.

RECEIVED

OCT 28 2011

ACCOUNTS PAYABLE
WILSON SONSINI
GOODRICH & ROSATI

*Payable to:*

*Angela Maddux, CSR, RPR*
*482 Fox Run Drive*
*North Liberty, IA 52317*

## Invoice

| Date | Invoice # |
|------|-----------|
| 10/25/2011 | M-9 |

David Lansky
Attorney at Law
650 Page Mill Road
Palo Alto, CA  94304

Petronas v. GoDaddy.com
Oakland Division, California
No. 09-CV-5939

| Date | Deposition(s) of | Description | Quantity | Rate | Amount |
|------|------------------|-------------|----------|------|--------|
| 10/19/2011 | Jeff Munson | Transcript Copy | 37 | 1.50 | 55.50 |
| | John Roling | Transcript Copy | 55 | 1.50 | 82.50 |
| | | Exhibit Copie (B&W) | 26 | 10.00 | 260.00 |
| | | Postage | | 3.50 | 3.50 |
| | | CSR | | | |

Thank you very much for your business.

| **Total** | **$401.50** |
|-----------|-------------|

EIN - 26-4303597

VENDOR ID
NEW 1   REACTIVATED
W-9 1   1099- MISC )
WIRE    WIRE FORM

MBR&J

# INVOICE

MBreporting
111 Deerwood Road, Suite 200
San Ramon, California 94583
(o) 925-989-6080   (f) 925-264-1957
depos@MBreporting.com

POSTED

62331#

JUN 16 2011

WILSON SONSINI
GOODRICH & ROSATI

David Lansky, Attorney at Law
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5317 | 10/26/2011 | 1180 |
| **Job Date** | **Case No.** | |
| 10/12/2011 | 09-CV-5939 PJH | |
| **Case Name** | | |
| Berhad/Petronas v. GoDaddy | | |
| | | |
| **Payment Terms** | | |
| Due upon receipt | | |

| | | | | | |
|---|---|---|---|---|---|
| ONE COPY - CERTIFIED TRANSCRIPT: | | | | | |
| Laurie Anderson | 76.00 | Pages | @ | 3.00 | 228.00 |
| Certificate - Certified Copy | | | | 5.00 | 5.00 |
| ASCII, Condensed & Word Index | | | | 0.00 | 0.00 |
| Electronic Exhibits (251-500 pages) | | | | 150.00 | 150.00 |
| Rough Draft | 70.00 | Pages | @ | 1.50 | 105.00 |
| ONE COPY - CERTIFIED TRANSCRIPT: | | | | | |
| Jessica Hanyen | 90.00 | Pages | @ | 3.00 | 270.00 |
| Certificate - Certified Copy | | | | 5.00 | 5.00 |
| ASCII, Condensed & Word Index | | | | 0.00 | 0.00 |
| Electronic Exhibits (251-500 pages) | | | | 150.00 | 150.00 |
| Rough Draft | 84.00 | Pages | @ | 1.50 | 126.00 |
| Shipping & Handling - 100 | | | | 9.65 | 9.65 |
| ONE COPY - CERTIFIED TRANSCRIPT: | | | | | |
| Rod Simonini | 26.00 | Pages | @ | 3.00 | 78.00 |
| Certificate - Certified Copy | | | | 5.00 | 5.00 |
| ASCII, Condensed & Word Index | | | | 0.00 | 0.00 |
| Electronic Exhibits (51-100 pages) | | | | 25.00 | 25.00 |
| Rough Draft | 20.00 | Pages | @ | 1.50 | 30.00 |

VENDOR ID MBR-01
NEW ___ REACTIVATED ___
W-9 ___ 1099- MISC ___
WIRE ___ WIRE FORM ___

**Tax ID:** 27-2367368

*Please detach bottom portion and return with payment.*

ok + pay

David Lansky, Attorney at Law
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304

Invoice No.   :  5317
Invoice Date :  10/26/2011
**Total Due**   :  **$ 1,186.65**

charge to
godaddy (petronas) OPT
33236. 5/11

Remit To:  **MBreporting**
           **111 Deerwood Road, Suite 200**
           **San Ramon, CA  94583**

Job No.      :  1180
BU ID        :  1-MAIN
Case No.     :  09-CV-5939 PJH
Case Name    :  Berhad/Petronas v. GoDaddy

62488#

# INVOICE



**MBreporting**
111 Deerwood Road, Suite 200
San Ramon, California 94583
(o) 925-989-6080   (f) 925-264-1957
depos@MBreporting.com

POSTED
NOV 29 2011
WILSON SONSINI
GOODRICH & ROSATI

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5320 | 10/31/2011 | 1181 |
| **Job Date** | **Case No.** | |
| 10/13/2011 | 09-CV-5939 PJH | |
| **Case Name** | | |
| Berhad/Petronas v. GoDaddy | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David Lansky, Attorney at Law
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304

| | | | | | |
|---|---|---|---|---|---|
| ONE COPY - CERTIFIED TRANSCRIPT: | | | | | |
| Linda Jett | 21.00 | Pages | @ | 3.00 | 63.00 |
| Certificate - Certified Copy | | | | 5.00 | 5.00 |
| ASCII, Condensed & Word Index | | | | 0.00 | 0.00 |
| Electronic Exhibits (1-25 pages) | | | | 7.50 | 7.50 |
| Rough Draft | 14.00 | Pages | @ | 1.50 | 21.00 |
| ONE COPY - CERTIFIED TRANSCRIPT: | | | | | |
| Ronald Hertz | 20.00 | Pages | @ | 3.00 | 60.00 |
| Certificate - Certified Copy | | | | 5.00 | 5.00 |
| ASCII, Condensed & Word Index | | | | 0.00 | 0.00 |
| Electronic Exhibits (51-100 pages) | | | | 25.00 | 25.00 |
| Rough Draft | 23.00 | Pages | @ | 1.50 | 34.50 |
| Shipping & Handling - 100 | | | | 9.65 | 9.65 |
| ONE COPY - CERTIFIED TRANSCRIPT: | | | | | |
| Matthew Bilunes | 32.00 | Pages | @ | 3.00 | 96.00 |
| Certificate - Certified Copy | | | | 5.00 | 5.00 |
| ASCII, Condensed & Word Index | | | | 0.00 | 0.00 |
| Rough Draft | 26.00 | Pages | @ | 1.50 | 39.00 |
| | | **TOTAL DUE >>>** | | | **$370.65** |

**Tax ID: 27-2367368**

*Please detach bottom portion and return with payment.*

David Lansky, Attorney at Law
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304

RECEIVED
NOV 2 2 2011
ACCOUNTS PAYABLE
WILSON SONSINI
GOODRICH & ROSATI

Remit To: **MBreporting**
**111 Deerwood Road, Suite 200**
**San Ramon, CA  94583**

Invoice No.   :   5320
Invoice Date  :   10/31/2011
**Total Due**    :   **$ 370.65**

Job No.     :   1181
BU ID       :   1-MAIN
Case No.    :   09-CV-5939 PJH
Case Name   :   Berhad/Petronas v. GoDaddy

MBRQI



**MBreporting**
111 Deerwood Road, Suite 200
San Ramon, California 94583
(o) 925-989-6080   (f) 925-364-1957
depos@MBreporting.com

POSTED

NOV 10 2011

WILSON SONSINI
GOODRICH & ROSATI

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5323 | 10/31/2011 | 1183 |
| **Job Date** | **Case No.** | |
| 10/20/2011 | 09-CV-5939 PJH | |
| **Case Name** | | |
| Berhad/Petronas v. GoDaddy | | |
| **Payment Terms** | | |
| Due upon receipt | | |

624684

David Lansky, Attorney at Law
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304

| | | | | |
|---|---|---|---|---|
| ONE EXPEDITED COPY - CERTIFIED TRANSCRIPT: | | | | |
| Camile Ede | | | | |
| 3-Day Expedite | 51.00 Pages | @ | 3.00 | 153.00 |
| Certificate - Certified Copy | | | | 122.40 |
| ASCII, Condensed & Word Index | | | 5.00 | 5.00 |
| Electronic Exhibits (1-25 pages) | | | 0.00 | 0.00 |
| Rough Draft | | | 7.50 | 7.50 |
| Shipping & Handling - 100 | 45.00 Pages | @ | 1.50 | 67.50 |
| ONE EXPEDITED COPY - CERTIFIED TRANSCRIPT: | | | 9.65 | 9.65 |
| Jessica Hanyen | | | | |
| 3-Day Expedite | 41.00 Pages | @ | 3.00 | 123.00 |
| Certificate - Certified Copy | | | | 98.40 |
| ASCII, Condensed & Word Index | | | 5.00 | 5.00 |
| Electronic Exhibits (26-50 pages) | | | 0.00 | 0.00 |
| Rough Draft | | | 15.00 | 15.00 |
| ONE EXPEDITED COPY - CERTIFIED TRANSCRIPT: | 17.00 Pages | @ | 1.50 | 25.50 |
| Tracy Carlson | | | | |
| 3-Day Expedite | 26.00 Pages | @ | 3.00 | 78.00 |
| Certificate - Certified Copy | | | | 62.40 |
| | | | 5.00 | 5.00 |

**Tax ID:** 27-2367368

*Please detach bottom portion and return with payment.*

David Lansky, Attorney at Law
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304

RECEIVED

NOV 2 2011

ACCOUNTS PAYABLE
WILSON SONSINI
GOODRICH & ROSATI

Invoice No.    : 5323
Invoice Date  : 10/31/2011
**Total Due**     : **$ 977.05**

L.P.
33236  1/0/CSP.

Remit To: **MBreporting**
          **111 Deerwood Road, Suite 200**
          **San Ramon, CA  94583**

| | | |
|---|---|---|
| Job No. | : | 1183 |
| BU ID | : | 1-MAIN |
| Case No. | : | 09-CV-5939 PJH |
| Case Name | : | Berhad/Petronas v. GoDaddy |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT/CALILFORNIA

INVOICE NO: 00004271

**MAKE CHECKS PAYABLE TO:**

HOLLIS B. HIRE, ESQUIRE
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304

**RECEIVED**

Phone:

JAN 12 2010

SK104

ACCOUNTS PAYABLE
WILSON SONSINI
GOODRICH

DIANE SKILLMAN
OFFICIAL COURT REPORTER - USDC
1301 CLAY STREET - SUITE 490-S
OAKLAND, CA 94612

Phone: (510) 451-2930

Tax ID: 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
Diane_Skillman@cand.uscourts.gov

| | CRIMINAL | X | CIVIL | DATE ORDERED: 01-04-2010 | DATE DELIVERED: 01-05-2010 |

Case Style: C09-5939 PJH, PETROLIAM NASIONAL BERHAD v GO DADDY.COM

TWO TRANSCRIPTS - 12/23/09 HEARING (EMAILED & PAPER)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 54423# | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 18 | 1.20 | 21.60 | 18 | 0.90 | 16.20 | 37.80 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 37.80 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | TOTAL REFUND: | | | | | |
| Date Paid: | | Amt: | | | TOTAL DUE: | | | | | $37.80 |

33286

Go Daddy/Petroliam

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: _Diane E. Skillman_

DATE:

(All previous editions of this form are cancelled and should be destroyed)

(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT/CALILFORNIA

INVOICE NO: 00004377

JOHN L. SLAFSKY, ESQUIRE
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304

5 7 3 8 0 #

Phone:

**MAKE CHECKS PAYABLE TO:**

DIANE SKILLMAN
OFFICIAL COURT REPORTER - USDC
1301 CLAY STREET - SUITE 490-S
OAKLAND, CA 94612

Phone: (510) 451-2930

Tax ID: 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
Diane_Skillman@cand.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED 09-09-2010 | DATE DELIVERED 09-30-2010 |
|---|---|---|---|

Case Style: C-09-5939 PJH, PETROLIUM NASIONAL BERHAD v GODADDY.COM INC.

ORIGINAL PLUS ONE TRANSCRIPT - (EMAILED & PAPER) 9/8/10 HEARING

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 35 | 3.65 | 127.75 | 35 | 0.90 | 31.50 | | | | 159.25 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | | |

POSTED

OK TO Pay
+
charge 33236-510
(GoDaddy/Petronas)

| | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 159.25 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: $159.25 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE _Diane E. Skillman_

DATE 9-30-10

(All previous editions of this form are cancelled and should be destroyed)

SK104

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT/CALIFORNIA

INVOICE NO:   00004538

**MAKE CHECKS PAYABLE TO:**

JOHN L. SLAFSKY, ESQUIRE
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304

Phone:

DIANE SKILLMAN
OFFICIAL COURT REPORTER - USDC
1301 CLAY STREET - SUITE 490-S
OAKLAND, CA 94612

Phone:    (510) 451-2930

Tax ID:   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
Diane_Skillman@cand.uscourts.gov

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 12-07-2011 | DATE DELIVERED: 12-11-2011 |
|---|---|---|

Case Style: C-09-5939 PJH, PETROLIUM NASIONAL BERHAD v GODADDY.COM, INC

ORIGINAL PLUS TWO TRANSCRIPTS - 12/7/11 HEARING

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 49 | 4.85 | 237.65 | 49 | 0.90 | 44.10 | | | | 281.75 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 281.75 |
| 33236.510 CSK GoDaddy.com | LESS DISCOUNT FOR LATE DELIVERY: | |
| RECEIVED DEC 1 3 2011 | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid: ACCOUNTS PAYABLE WILSON SONSINI GOODRICH & ROSATI | TOTAL DUE: | $281.75 |

ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

CERTIFICATION
   I certify that the transcript fees charged  and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE 12-12-11 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

68

 **Data**

Search | Find   Litigate

037767#

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/25/2011 | 136180 |

**Bill To**

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

100 California Street, Suite 800, San
Francisco, CA 94111
Phone 415-392-2900
Fax 415-392-2902
Tax I.D. 48-1302642

**Please Remit Payments To:**
Liffey Thames Group, LLC
File 31336
P.O. Box 60000
San Francisco, CA 94160

| Contact | Case # |
|---------|--------|
| Brent Winfield | GoDaddy |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | EDD: ELECTRONIC DATA DISCOVERY: VOLUMES GODADDY-EML.001 & GD003 Follow Detailed Special Instructions | | |
| 1.25 | Forensic Technician - per hour: Convert EML files to HTML and stage for processing | 275.00 | 343.75 |
| 3.5 | Production - per hour: Convert HTML files to multi page tiff; build PDF images; create cross reference; upload to FTP | 250.00 | 875.00 |
| 3 | Project Management - per hour: Work on specs with client; submit work orders internally; tracking and internal emails | 250.00 | 750.00 |
| | DELIVERED via FTP - August 13, 2011 THANK YOU | | |

RECEIVED

DEC 1 2 2011

ACCOUNTING OFFICE
WILSON SONSINI
GOODRICH & ROSATI

Received By:

| | | |
|---|---|---|
| **Sales Tax (9.5%)** | | $0.00 |
| **Total** | | $1,968.75 |
| **Balance Due** | | $1,968.75 |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. The party which requested the work performed shall be solely responsible for payment. 18% per annum or minimum of $10 will be charged on all overdue invoices. Your signature or electronic confirmation of acceptance is an agreement that the above described work has been authorized, received and that you agree to these terms.

# INVOICE



| DATE | INVOICE # |
|------|-----------|
| 7/15/2011 | 38241 |

**BILL TO**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**PLEASE PAY**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA  94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11076036 | due upon rec... | DT | | Patrick M | 33236.510 |
| Case Name | | Go Daddy | | 2nd Reference | Prepare GD-Production |

| Qty. | Description | Item | Amount |
|------|-------------|------|--------|
| | Pickup Date: 7/11/11 | | |
| | Bates Range:  GD-000001 - GD-000563 | | |
| | Media Volume Name:  GD_001 | | |
| 1 | Mid-Level Tech Time (Time to replace the documents) @ $125/hour | 4226 - Mid-Level ... | 125.00T |
| 563 | File Conversion to Tiff Image - w-Searchable Text  @ $.05/page | 4305 - File Conve... | 28.15T |
| 563 | Image Endorsing (Bates Numbers and/or Annotations) @ $.01/page | 4218 - Image End... | 5.63T |
| 1 | Master CD-ROM (Produced with project) @ $10/disk | 4219 - Master CD... | 10.00T |
| 2 | CD-ROM Duplication @ $10/disk | 4222 - CD-ROM ... | 20.00T |
| | Sales Tax | | 15.57 |

| | |
|---|---|
| **Total** | $204.35 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $204.35 |

The American Legal Reprographics - PA, LLC d/b/a TERIS customer is
ultimately responsible for payment within our term...

RECEIVED

JUL 1 9 2011

ACCOUNTS PAYABLE
WILSON SONSINI
GOODRICH & ROSATI



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 7/31/2011 | 38396 |

**BILL TO**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**PLEASE PAY**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA  94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11076113 | due upon rec... | DT | | Patrick M | 33236.510 |

| Case Name | | GoDaddy | 2nd Reference | Petronas / trademark policies | |
|-----------|--|---------|---------------|------------------------------|--|

| Qty. | Description | Item | Amount |
|------|-------------|------|--------|
| | Pickup Date: 7/25/11 | | |
| | Bates Range: GD-000564 - GD-000569 | | |
| 15 | Convert PDF to TIFF @ $.04/page | 4312 - Convert TI... | 0.60T |
| 1 | Mid-Level Tech Time (add to production) @ $75/hour | 4226 - Mid-Level ... | 75.00T |
| | Sales Tax | | 6.24 |

RECEIVED
AUG  4 2011
ACCOUNTS PAYABLE
WILSON SONSINI
GOODRICH & ROSATI

| **Total** | **$81.84** |
|-----------|------------|
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$81.84** |

The American Legal Reprographics - PA, LLC d/b/a TERIS customer is ultimately responsible for payment within our terms.



**Please Pay From This Invoice**

www.teris.com

enmailed 8/26/11

| Date | Invoice |
|------|---------|
| 8/24/2011 | 38738 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS  Silicon Valley
268 Lambert Ave
Palo Alto  CA 94306
Tel (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11086079 | due upon receipt | DT | | Alex C | 3326.510 |

| Case Name | | 2nd Reference | | | |
|-----------|--|---------------|--|--|--|
| GoDaddy | | | GD000317 | A Cassell inc. | |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date  8-11-11 | | |
| | Bates Range  GD-000579 - GD-000613 | | |
| 35 | Convert PDF to TIFF @ $.04/page | 4317 - Convert TI | 1.40T |
| 35 | Image Endorsing (Bates Numbers and/or Annotations) @ $.01/page | 4218 - Image End | 0.35T |
| 0.5 | High-Level Tech Time (Time to prep production) @ $125/hour | 4227 - High-Level | 62.50 |
| 3 | Master CD-ROM (Produced with project) @ $10/disk | 4219 - Master CD | 30.00T |

RECEIVED

ok to M

**PAID**
SEP 14 2011

ACCOUNTS PAYABLE
WILSON SONSINI

The American Legal Reprographics  PA  LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms

| | |
|--|--|
| Subtotal | $94.25 |
| Sales Tax (8.25%) | $2.62 |
| TOTAL | $96.87 |

| Received & Approved | Date | TOTAL | |
|---------------------|------|-------|--|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees, legal fees, court costs and any other related costs associated with the collection of a past due balance.



**TERIS**
www.teris.com

## Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 8/31/2011 | 36811 |

**Please Pay**

TERIS - Silicon Valley
266 Lambert Ave
Palo Alto  CA  94306
Tel  (650) 213 9922
Tax ID# 30-0067974

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11086073 | due upon receipt | DT | | Brett W | |
| **Case Name** | GoDaddy | | **2nd Reference** | TIF for redaction | B Winfield |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date  8-10-11 | | |
| 634 | File Conversion to Tiff Image - w/Searchable Text @ $ 04/page | 4305 - File Conve | 25 36T |

**PAID**
SEP 1 4 2011

**RECEIVED**
SEP 8 2011
ACCOUNTS PAYABLE
WILSON
GOODRICH & ROSATI

The American Legal Reprographics - PA, LLC
d/b/a TERIS customer is ultimately responsible
for payment within our terms

| | |
|---|---|
| **Subtotal** | $25.36 |
| **Sales Tax (8.25%)** | $2.09 |
| **TOTAL** | $27.45 |

Received & Approved _____  Date 9/8/11

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 38814 |

**BILL TO**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**PLEASE PAY**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA  94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11086135 | due upon rec... | DT | | Patrick M | 33236.510 |

| Case Name | | | 2nd Reference | | |
|-----------|---|---|---------------|---|---|
| | GoDaddy | | | | |

| Qty. | Description | Item | Amount |
|------|-------------|------|--------|
| | 2nd Ref:  Print redactions and clean versions | | |
| | Pickup Date:  8-25-11 | | |
| 584 | Native Reconstructed Blowbacks @ $.12/page | 4213 - Native Rec... | 70.08T |
| 149 | Alpha or Numeric Tabs @ $.25/each | 4115 - Alpha or N... | 37.25T |
| | Sales Tax | | 8.85 |

| | |
|---|---|
| **Total** | $116.18 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $116.18 |

The American Legal Reprographics - PA, LLC d/b/a TERIS customer is ultimately responsible for payment within our terms.



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 38865 |

**BILL TO**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**PLEASE PAY**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA  94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11086166 | due upon rec... | DT | | Patrick M | 33236.510 |

| Case Name | | | 2nd Reference | Pet prod | |
|-----------|--|--|---------------|----------|--|
| | GoDaddy | | | | |

| Qty. | Description | Item | Amount |
|------|-------------|------|--------|
| 2,445 | Pickup Date:  8-30-11<br><br>Native Reconstructed Blowbacks @ $.12/page<br>Sales Tax | 4213 - Native Rec... | 293.40T<br>24.21 |

| | |
|--|--|
| **Total** | $317.61 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $317.61 |

The American Legal Reprographics - PA, LLC d/b/a TERIS customer is
ultimately responsible for payment within our terms.



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 38917 |

**BILL TO**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**PLEASE PAY**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA  94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11086171 | due upon rec... | DT | | Patrick M | 33236.510 |

| Case Name | GoDaddy | 2nd Reference | GD production |
|-----------|---------|---------------|---------------|

| Qty. | Description | Item | Amount |
|------|-------------|------|--------|
| | Pickup Date:  8-31-11 | | |
| | Bates Range:  GD-002446 - GD-002550 | | |
| 105 | Convert Color Native Files to JPEG @ $.10/page | 4313 - Convert C... | 10.50T |
| 105 | OCR - Optical Character Recognition @ $.04/page | 4229 - OCR - Opti... | 4.20T |
| 0.25 | Mid-Level Tech Time (To prepare production) @ $125/hour | 4226 - Mid-Level ... | 31.25T |
| | Sales Tax | | 3.79 |

| | | |
|--|--|--|
| **Total** | | $49.74 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $49.74 |

The American Legal Reprographics - PA, LLC d/b/a TERIS customer is
ultimately responsible for payment within our terms.



# INVOICE

| DATE | INVOICE # |
|---|---|
| 8/31/2011 | 38918 |

**BILL TO**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**PLEASE PAY**

TERIS - Silicon Valley
268 Lambert Ave
Palo Alto, CA  94306
Tel: (650) 213-9922
Tax ID# 30-0067974

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 11086179 | due upon rec... | DT | | Patrick M | 33236.510 |

| Case Name | | GoDaddy | 2nd Reference | 3 CDs BB plus create doc break | |
|---|---|---|---|---|---|

| Qty. | Description | Item | Amount |
|---|---|---|---|
| | Pickup Date:  8-30-11 | | |
| 0.5 | Mid-Level Tech Time (To Re-Unitize) @ $75/hour | 4226 - Mid-Level ... | 37.50T |
| 2,445 | Blowbacks - 8.5x11 (B&W) @ $.08/page | 4212 - Blowbacks... | 195.60T |
| | Sales Tax | | 19.23 |

| | |
|---|---|
| **Total** | $252.33 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $252.33 |

The American Legal Reprographics - PA, LLC d/b/a TERIS customer is
ultimately responsible for payment within our terms.



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 9/13/2011 | 38987 |

| BILL TO |
|---------|
| Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>(650) 493-9300 |

| PLEASE PAY |
|------------|
| TERIS - Silicon Valley<br>268 Lambert Ave<br>Palo Alto, CA 94306<br>Tel: (650) 213-9922<br>Tax ID# 30-0067974 |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11096059 | due upon rec... | DT | | Patrick M | 33236.510 |

| Case Name | | 2nd Reference | | |
|-----------|--|---------------|--|--|
| | GoDaddy | 2nd Reference | Petronas depo binder | |

| Qty. | Description | Item | Amount |
|------|-------------|------|--------|
| | Pickup Date:  9-9-11 | | |
| 876 | Native Reconstructed Blowbacks @ $.12/page<br>Sales Tax | 4213 - Native Rec... | 105.12T<br>8.67 |

| Total | $113.79 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $113.79 |

The American Legal Reprographics - PA, LLC d/b/a TERIS customer is ultimately responsible for payment within our terms.



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 9/13/2011 | 38990 |

| BILL TO |
|---------|
| Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>(650) 493-9300 |

| PLEASE PAY |
|------------|
| TERIS - Silicon Valley<br>268 Lambert Ave<br>Palo Alto, CA  94306<br>Tel: (650) 213-9922<br>Tax ID# 30-0067974 |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11096015 | due upon rec... | DT | | Patrick M | 33236.510 |

| Case Name | | | 2nd Reference | Print GoDaddy docs |
|-----------|--|--|---------------|--------------------|
| | GoDaddy | | | |

| Qty. | Description | Item | Amount |
|------|-------------|------|--------|
| 4,246 | Pickup Date:  9-2-11<br><br>Blowbacks - 8.5x11 (B&W) @ $.08/page<br>Sales Tax | 4212 - Blowbacks... | 339.68T<br>28.02 |

| | | |
|--|--|--|
| **Total** | | $367.70 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $367.70 |

The American Legal Reprographics - PA, LLC d/b/a TERIS customer is
ultimately responsible for payment within our terms.



## Please Pay From This Invoice

www.teris.com

| | Date | Invoice |
|---|---|---|
| | 10/7/2011 | 10033 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Bay Area
268 Lambert Street
Palo Alto CA 94306

(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 11106035 | due upon receipt | DT | 10/7/2011 | Virgina Guerrero | 33236.510 |

| Case Name | | | 2nd Reference | Hanyen.Simonini,Anderson Depre | |
|---|---|---|---|---|---|
| | Go Daddy | | | | |

| Qty | Description | Item | Amount |
|---|---|---|---|
| | Pickup Date: 10/06/2011 | | |
| 1,555 | Standard Litigation Copying - Obstacles Every 12 or More Pages @ $.12/page | 4103-Standard Liti... | 186.60T |
| 77 | Alpha or Numeric Tabs @ $.25/each | 4115-Alpha or Nu... | 19.25T |
| 1 | 1' Regular Binder @ $5/each | 4132-1' Regular Bi... | 5.00T |
| 1 | 2' Regular Binder @ $7.50/each | 4131-2' Regular Bi... | 7.50T |
| 1 | 3' Regular Binder @ $10/each | 4130-3' Regular Bi... | 10.00T |

**RECEIVED**

OCT 1 9 2011

ACCOUNTS PAYABLE
WILSON SONSINI
GOODRICH & ROSATI

**POSTED**

OCT 2 5 2011

WILSON SONSINI

**PAID**

OCT 2 7 2011

| **Subtotal** | | | $228.35 |
|---|---|---|---|

The TERIS - Bay Area, LLC customer is ultimately responsible for payment within our terms.

| | **Sales Tax (8.25%)** | $18.84 |
|---|---|---|
| | **Payments/Credits** | $0.00 |

| Received & Approved | Date | **TOTAL** | $247.19 |
|---|---|---|---|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.



# TERIS

www.teris.com

## Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 10/7/2011 | 10032 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Bay Area
268 Lambert Street
Palo Alto CA 94306

(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11106030 | due upon receipt | DT | 10/7/2011 | Joyce Hill | 33236.510 |
| **Case Name** | Go Daddy | | **2nd Reference** | Josh,Hertz,Bilunes Dep Prep | |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pickup Date: 10/06/2011 | | |
| 1,861 | Standard Litigation Copying - Obstacles Every 12 or More Pages @ $.12/page | 4103-Standard Liti... | 223.32T |
| 87 | Custom Divider Tabs @ $.50/each | 4116-Custom Divid... | 43.50T |
| 3 | 2' Regular Binder @ $7.50/each | 4131-2' Regular Bi... | 22.50T |
| 3 | Custom Spines Created @ $1.50/spine | 4133-Custom Spin... | 4.50T |

RECEIVED
OCT 19 2011
ACCOUNTS PAYABLE
WILSON SONSINI
GOODRICH & ROSATI

POSTED
OCT 25 2011

PAID
OCT 27 2011

£62031

| | | |
|---|---|---|
| **Subtotal** | | $293.82 |
| **Sales Tax (8.25%)** | | $24.24 |
| **Payments/Credits** | | $0.00 |
| **TOTAL** | | $318.06 |

The TERIS - Bay Area, LLC customer is ultimately responsible for payment within our terms.

Received & Approved _____  Date 10/18/11

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees, legal fees, court costs and any other related costs associated with the collection of a past due balance.



## TERIS
www.teris.com

### Please Pay From This Invoice

| Date | Invoice |
|------|---------|
| 10/11/2011 | 10055 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Bay Area
268 Lambert Street
Palo Alto CA 94306

(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|-----------|-------|-----|----------|-----------|---------------|
| 11106055 | due upon receipt | DT | 10/11/2011 | Virginia Guerrero | 33236.510 |

| Case Name | GO DADDY | | 2nd Reference | Jody Kolker 6 Sets | |
|-----------|----------|--|---------------|---------------------|--|

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | Pick-up date: 10/10/11 | | |
| 3,788 | Standard Litigation Copying - Obstacles Every 12 or More Pages @ $.12/page | 4103-Standard Liti... | 454.56T |
| 8 | Color Copying - 8.5x11 @ $.60/page | 4113-Color Copyin... | 4.80T |
| 336 | Alpha or Numeric Tabs @ $.25/each | 4115-Alpha or Nu... | 84.00T |
| 10 | Custom Divider Tabs @ $.50/each | 4116-Custom Divid... | 5.00T |

RECEIVED
OCT 1 8 2011
ACCOUNTS PAYABLE
WILSON SONSINI
GOODRICH & ROSATI

POSTED
OCT 2 5 2011

PAID
OCT 2 7 2011

₡ 62031

Ok to pay

| | Subtotal | | $548.36 |
|--|----------|--|---------|

The TERIS - Bay Area, LLO customer is ultimately responsible for payment within our terms.

| Sales Tax (8.25%) | $45.24 |
|-------------------|--------|
| Payments/Credits · | $0.00 |

| Received & Approved | Date | TOTAL | $593.60 |
|---------------------|------|-------|---------|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.



## Please Pay From This Invoice

www.teris.com

| Date | Invoice |
|------|---------|
| 10/17/2011 | 10148 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Bay Area
268 Lambert Street
Palo Alto CA 94306

(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11106042 | due upon receipt | DT | 10/17/2011 | Virginia Guerrero | 33236.510 |

| Case Name | 2nd Reference | |
|-----------|---------------|--|
| Go Daddy | SEE BODY | |

| Qty | Description | Item | Amount |
|-----|-------------|------|--------|
| | 2nd Reference: Anderson, Hanyen, Simonini Dep Rep | | |
| | Pickup Date: 10/07/11 | | |
| 1,180 | Standard Litigation Copying - Obstacles Every 12 or More Pages @ $.12/page | 4103-Standard Liti... | 141.60T |
| 67 | Alpha or Numeric Tabs @ $.25/each | 4115-Alpha or Nu... | 16.75T |
| 1 | 1' Regular Binder @ $5/each | 4132-1' Regular Bi... | 5.00T |
| 2 | 2' Regular Binder @ $7.50/each | 4131-2' Regular Bi... | 15.00T |
| 3 | Custom Spines Created @ $1.50/sp... | 4133-Custom Spi... | 4.50T |

RECEIVED
OCT 19 2011
ACCOUNTS PAYABLE
WILSON SONSINI
GOODRICH & ROSATI

POSTED
OCT 25 2011

PAID
OCT 27 2011

| | | Subtotal | $182.85 |
|--|--|----------|---------|

The TERIS - Bay Area, LLC customer is ultimately responsible for payment within our terms.

| Sales Tax (8.25%) | $15.09 |
|-------------------|--------|
| Payments/Credits | $0.00 |

| Received & Approved | Date | TOTAL | $197.94 |
|---------------------|------|-------|---------|

Past due balances may be turned over to a collection agency and clients are responsible for any collections fees,
legal fees, court costs and any other related costs associated with the collection of a past due balance.



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/18/2011 | 10215 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Bay Area
268 Lambert Avenue
Palo Alto, CA  94306
(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11106111 | due upon rec... | DT | 10/18/2011 | Patrick McKinley | 33236.501 |
| Case Name | Go Daddy | | 2nd Reference | Fitzpatrick, Ede | |

| Qty | Description | Amount |
|-----|-------------|--------|
| | If payment is made by wire remittance, please direct to:<br>TERIS-Bay Area<br>Chase Bank<br>Account# 902708221<br>Routing# 325070760<br>Please reference your TERIS Invoice Number | |
| | Pickup Date: **10/17/11** | |
| 504 | Standard Litigation Copying - Obstacles Every 12 or More Pages @ $.12/page | 60.48T |
| 77 | Alpha or Numeric Tabs @ $.25/each | 19.25T |
| 9 | Custom Divider Tabs @ $.50/each | 4.50T |

| | | |
|---|---|---|
| ***Thank You For Your Business*** | Sales Tax (8.25%) | $6.95 |
| The TERIS - Bay Area, LLC customer is ultimately responsible for payment within our terms. | **Total** | $91.18 |

# TERIS

## Invoice

| Date | Invoice # |
|------|-----------|
| 10/26/2011 | 10413 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Bay Area
268 Lambert Avenue
Palo Alto, CA  94306,
(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11106084 | due upon rec... | DT | 10/26/2011 | Patrick McKinley | 33236.510 |
| Case Name | Go DADDY | | 2nd Reference | GD 002511-2607 | |

| Qty | Description | Amount |
|-----|-------------|--------|
| | If payment is made by wire remittance, please direct to:<br>TERIS-Bay Area<br>Chase Bank<br>Account# 902708221<br>Routing# 325070760<br>Please reference your TERIS Invoice Number | |
| 0.5 | Pickup Date: 10/12/11<br><br>High-Level Tech Time: Create PDFS @ $125/hour | 62.50 |

*ok to* ...

**\*\*Thank You For Your Business\*\***

| Sales Tax (8.25%) | $0.00 |
|-------------------|-------|

The TERIS - Bay Area, LLC customer is ultimately responsible for payment within our terms.

| **Total** | $62.50 |
|-----------|--------|

# TERIS

**Invoice**

| Date | Invoice # |
|------|-----------|
| 10/26/2011 | 10411 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Bay Area
268 Lambert Avenue
Palo Alto, CA  94306
(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11106037 | due upon rec... | DT | 10/26/2011 | Patrick McKinley | 33236.510 |
| Case Name | Go DADDY | | 2nd Reference | SEE BODY | |

| Qty | Description | Amount |
|-----|-------------|--------|
| | If payment is made by wire remittance, please direct to:<br>TERIS-Bay Area<br>Chase Bank<br>Account# 902708221<br>Routing# 325070760<br>Please reference your TERIS Invoice Number | |
| | 2nd Reference: Print additional documents from categories | |
| | Pickup Date: 10/06/11 | |
| 629 | Native Reconstructed Blowbacks @ $.12/page | 75.48T |

**\*\*Thank You For Your Business\*\***

| | |
|---|---|
| **Sales Tax (8.25%)** | $6.23 |

The TERIS - Bay Area, LLC customer is ultimately responsible for payment within our terms.

| **Total** | $81.71 |

# TERIS

## Invoice

| Date | Invoice # |
|---|---|
| 10/26/2011 | 10412 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Bay Area
268 Lambert Avenue
Palo Alto, CA 94306
(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 11106062 | due upon rec... | DT | 10/26/2011 | Patrick McKinley | 33236.510 |
| Case Name | Go DADDY | | 2nd Reference | | SEE BODY |

| Qty | Description | Amount |
|---|---|---|
| | If payment is made by wire remittance, please direct to: | |
| | TERIS-Bay Area | |
| | Chase Bank | |
| | Account# 902708221 | |
| | Routing# 325070760 | |
| | Please reference your TERIS Invoice Number | |
| | | |
| | 2nd Reference: Print E-mails, Forwarding Code, go Website | |
| | Pickup Date: 10/10/11 | |
| 1 | Mid-Level Tech Time: Pulling docs from list  @ $125/hour | 125.00T |
| 3,168 | Native Reconstructed Blowbacks @ $.10/page | 316.80T |
| 36 | Custom Divider Tabs @ $.50/each | 18.00T |
| 3 | 3' Regular Binder @ $10/each | 30.00T |

**\*\*Thank You For Your Business\*\***

| Sales Tax (8.25%) | $40.41 |
|---|---|

The TERIS - Bay Area, LLC customer is ultimately responsible for payment within our terms.

**Total** $530.21



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2011 | 10572 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300



**Please Pay**

TERIS - Bay Area
268 Lambert Avenue
Palo Alto, CA 94306
(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11106114 | due upon rec... | DT | 10/31/2011 | Patrick McKinley | 33236.510 |
| **Case Name** | Go Daddy | | **2nd Reference** | Print List of GO Ranges | |

| Qty | Description | Amount |
|-----|-------------|--------|
| | If payment is made by wire remittance, please direct to:<br>TERIS-Bay Area<br>Chase Bank<br>Account# 902708221<br>Routing# 325070760<br>Please reference your TERIS Invoice Number | |
| 760 | Pickup Date: 10/17/11<br><br>Native Reconstructed Blowbacks @ $.12/page | 91.20T |

ok to pay

**\*\*Thank You For Your Business\*\***

| Sales Tax (8.25%) | $7.52 |
|-------------------|-------|

The TERIS - Bay Area, LLC customer is ultimately responsible for payment within our terms.

**Total** $98.72

# TERIS

**Invoice**

| Date | Invoice # |
|------|-----------|
| 10/31/2011 | **10630** |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Bay Area
268 Lambert Avenue
Palo Alto, CA  94306
(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11106083 | due upon rec... | DT | 10/31/2011 | Patrick McKinley | 33236.510 |
| **Case Name** | Go Daddy | **2nd Reference** | | Docs Rec From Export | |

| Qty | Description | Amount |
|-----|-------------|--------|
| | If payment is made by wire remittance, please direct to: | |
| | TERIS-Bay Area | |
| | Chase Bank | |
| | Account# 902708221 | |
| | Routing# 325070760 | |
| | Please reference your TERIS Invoice Number | |
| | | |
| | Pickup Date: 10/12/11 | |
| 168 | Scanning - Color/Grayscale @ $.25/page | 42.00T |
| 168 | Image Endorsing (GD 002608) @ $.01/page | 1.68T |
| 2 | Mid-Level Tech Time: Revised the volumes two time requested by client @ $125/hour | 250.00T |
| 6 | CD-ROM Duplication @ $10/disk | 60.00T |

**\*\*Thank You For Your Business\*\***

| | |
|---|---|
| **Sales Tax (8.25%)** | $29.18 |
| The TERIS - Bay Area, LLC customer is ultimately responsible for payment within our terms. | **Total** $382.86 |

 **TERIS**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2011 | 10791 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Bay Area
268 Lambert Avenue
Palo Alto, CA  94306
(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11106134 | due upon rec... | DT | 10/31/2011 | Patrick McKinley | 33236.510 |
| Case Name | GoDaddy | | 2nd Reference | Production | |

| Qty | Description | Amount |
|-----|-------------|--------|
| | If payment is made by wire remittance, please direct to:<br>TERIS-Bay Area<br>Chase Bank<br>Account# 902708221<br>Routing# 325070760<br>Please reference your TERIS Invoice Number | |
| | Pickup Date:  10-19-11 | |
| | Bates Range:  GD002776 - GD002856 | |
| 77 | Image Endorsing (Bates Numbers and/or Annotations) @ $.01/page | 0.77T |
| 77 | Conversion of Color Native Files to JPEG @ $.15/page | 11.55T |
| 0.15 | High-Level Tech Time:  Prepare PDFs @ $125/hour | 18.75 |

| | | |
|--|--|--|
| ***Thank You For Your Business*** | Sales Tax (8.25%) | $1.02 |
| The TERIS - Bay Area, LLC customer is ultimately responsible for payment within our terms. | **Total** | $32.09 |

# TERIS

**Invoice**

| Date | Invoice # |
|------|-----------|
| 10/31/2011 | 10632 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Bay Area
268 Lambert Avenue
Palo Alto, CA 94306
(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11106109 | due upon rec... | DT | 10/31/2011 | Patrick McKinley | 33236.510 |
| Case Name | Go Daddy | | 2nd Reference | Reg Manager Claim Manager | |

| Qty | Description | Amount |
|-----|-------------|--------|
| | If payment is made by wire remittance, please direct to:<br>TERIS-Bay Area<br>Chase Bank<br>Account# 902708221<br>Routing# 325070760<br>Please reference your TERIS Invoice Number | |
| 394 | Pickup Date: 10/17/11<br><br>Native Reconstructed Blowbacks @ $.12/page | 47.28T |

**\*\*Thank You For Your Business\*\***

| Sales Tax (8.25%) | $3.90 |
|-------------------|-------|

The TERIS - Bay Area, LLC customer is ultimately responsible for payment within our terms.

**Total** **$51.18**

# Invoice



| Date | Invoice # |
|------|-----------|
| 12/16/2011 | 11796 |

**Bill To**

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**Please Pay**

TERIS - Bay Area
268 Lambert Avenue
Palo Alto, CA  94306
(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 11126013 | due upon rec... | DT | 12/2/2011 | Patrick McKinley | 33236.510 |
| Case Name | | Go Daddy | 2nd Reference | | Foam Board Mount |

| Qty | Description | Amount |
|-----|-------------|--------|
| | If payment is made by wire remittance, please direct to: | |
| | TERIS-Bay Area | |
| | Chase Bank | |
| | Account# 902708221 | |
| | Routing# 325070760 | |
| | Please reference your TERIS Invoice Number | |
| | | |
| | Pickup Date: 12/02/2011 | |
| 1 | Enlarge & Mount (B&W) @ $6.25/sq.ft.    Total Square Feet: 12 | 75.00T |

| **\*\*Thank You For Your Business\*\*** | Sales Tax (8.25%) | $6.19 |
|---|---|---|
| **The TERIS - Bay Area, LLC customer is ultimately responsible for payment within our terms.** | **Total** | **$81.19** |