PERRY R. CLARK, State Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
perry@perryclarklaw.com

Attorney for Plaintiff and Counterclaim Defendant
PETROLIAM NASIONAL BERHAD (PETRONAS)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD (PETRONAS),<br><br>        Plaintiff,<br><br>  vs.<br><br>GODADDY.COM, INC.,<br><br>        Defendant. | CASE NO: 09-CV5939 PJH (MEJ)<br><br>**NOTICE OF APPEAL** |
| GODADDY.COM, INC.,<br><br>        Counterclaimant,<br><br>  vs.<br><br>PETROLIAM NASIONAL BERHAD (PETRONAS),<br><br>        Counterclaim Defendant. | |

Notice is hereby given that Plaintiff and Counterclaim Defendant Petroliam Nasional Berhad ("Petronas") in the above named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order (Doc. No. 174) entered in this action on February 16, 2012.

March 16, 2012

LAW OFFICES OF PERRY R. CLARK

_____/S/_____
PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
perry@perryclarklaw.com

**Attorney for Petroliam Nasional Berhad (PETRONAS)**