UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETROLIAM NASIONAL BERHAD,

    Plaintiff,

    v.

GODADDY.COM, INC.,

    Defendant.
_____/

No. C 09-5939 PJH

**NOTICE OF ERRATA**

    The May 8, 2012 order is amended as follows: Page 7, line 12 should read, "The May 16, 2012 hearing date is VACATED."

**IT IS SO ORDERED.**

Dated: May 9, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge