UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD, | |
|     Plaintiff, | No. C 09-5939 PJH |
|     v. | **NOTICE OF ERRATA** |
| GODADDY.COM, INC., | |
|     Defendant. _____/ | |

The May 8, 2012 order is amended as follows: Page 7, line 12 should read, "The May 16, 2012 hearing date is VACATED."

**IT IS SO ORDERED.**

Dated: May 9, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge