1 | JOHN L. SLAFSKY, State Bar No. 195513
DAVID L. LANSKY, State Bar No. 199952
2 | JOSEPH G. FIORINO, State Bar No. 262787
WILSON SONSINI GOODRICH & ROSATI
3 | PROFESSIONAL CORPORATION
650 Page Mill Road
4 | Palo Alto, CA 94304
Telephone: (650) 493-9300
5 | Facsimile: (650) 493-6811
Email: jfiorino@wsgr.com
6
Attorneys for Defendant,
7 | GODADDY.COM, INC.

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | CASE NO.: 09-CV-5939 PJH

12
PETROLIAM NASIONAL BERHAD,
13 | **[PROPOSED] ORDER TAXING COSTS**
Plaintiff,
14
vs.
15
GODADDY.COM, INC., | Honorable Phyllis J. Hamilton
16
Defendant.
17

On March 28, 2012, the clerk taxed costs in the amount of $13,697.63 against plaintiff Petroliam Nasional Berhad ("Petronas") and in favor of defendant GoDaddy.com, Inc. ("Go Daddy"). On May 8, 2012, the Court issued an Order Granting Plaintiff's Motion for Review of Taxation of Costs In Part and Denying It In Part [Dkt. 193] (the "Order"). The Order modified the amount of costs taxed against Petronas, awarding Go Daddy costs of $12,351.73, reduced by the amount charged for the expedited processing of two depositions. As evidenced by exhibits attached to the Declaration of David L. Lansky, submitted on May 14, 2012, the expedited processing charges totaled $1,134.90.

Accordingly, **IT IS HEREBY ORDERED THAT:**

costs are taxed against Petronas and in favor of Go Daddy in the amount of **$11,216.83** and are included in the February 16, 2012 judgment in favor of Go Daddy as to the claims asserted by Petronas.

Dated: 5/15/12 _____



The Honorable Phyllis J. Hamilton
United States District Judge

[PROPOSED] ORDER TAXING COSTS
Case No. 4:09-cv-05939-PJH

-1-